**Electronically Filed
Supreme Court
SCWC-22-0000698
05-NOV-2025
01:19 PM
Dkt. 42 ODAC**

SCWC-22-0000698

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Petitioner/Respondent/Plaintiff-Appellee,

vs.

CURTIS RYAN BEKKUM,
Respondent/Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000698; CASE NO. 2CPC-22-0000240)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Malinao, in place of
Recktenwald, C.J., recused)

Petitioner Curtis Ryan Bekkum's Application for Writ

of Certiorari, filed on September 15, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, November 5, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Clarissa Y. Malinao

